

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SHAWNTRELL DAWKINS, | § | No. 08-13-00012-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20090D05205) |
| | § | |

## **O R D E R**

The Court on its own motion ORDERS the Court Reporter for the 409th District Court to prepare and e-file a supplemental record containing State's Exhibit 59 (Videotaped Statement Nakia Dawkins-Redacted) and State's Exhibit 61 (Videotaped Statement-Shawntrell Dawkins Redacted) from the above-captioned case. The supplemental record is due with this Court on or before **August 12, 2015**.

IT IS SO ORDERED this 28th day of July, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.